# EXHIBIT H





## TOURISM

- Tourism
- Agritourism
- Accommodation
- Bicycle routes
- Interesting places
- Brzeziczno Reserve

    

## contact

**Address**
Ludwin 51,
21-075 Ludwin province. Lublin

**Telephone**
81 75-70-901

**Work hours**
Mon - Fri: 7:30 am - 3:30 pm

**Fax**
(0-81) 75-70-028

**E-mail**
ludwin@gminaludwin.pl

**BS Cyców Ludwin branch**
POLUPLPRPL 36819110552001000000420003





Copyright © Ludwin Commune Office             Design and execution  itlu

## List of real estate for sale

Based on Article. 35 sec. 1 and 2 of the Act of August 21, 1997, on economy of real estate (Dz. U. of 2020. pos. 65, amended.) - **Mayor Ludwin** gives to the public a list of property held for sale including:
1. plot marked in the land register of the village of **Rozpłucie Pierwsze** no. **90/2** with the area of **8.83** ha for which the Land and Mortgage Register is kept at the District Court Lublin Wschód in Lublin with its seat in Świdnik, 5th Land Registry Division, No. LU1I / 00135980/6,
2. a plot of land marked in the land register of the village of **Rozpłucie Pierwsze** no. **94/2** with the area of **0.0454** ha for which the Land and Mortgage Register is kept at the Lublin East District Court in Lublin based in Swidnik V Land Registry Division No. LU11 / 00141599 thirds built- Recreation Center in the composition, which includes the following buildings:
1) guesthouse building,
2) restaurant building,
3) the "FAST FOOD" building,
4) reception building,
5) 38 summer houses,
6) 2 sanitary buildings,
7) the building of the warehouse, which is expenditure by the lessee.

The property in question is the subject of lease under an agreement concluded until December 31 , 2032.

According to the Local Development Plan for the Piaseczno Lake, the real estate in question is located in the area marked with the symbol 61 UT - in the functional subzone with the symbol A III in the area of tourism services, maintaining the above-mentioned destination as a generally accessible holiday resort.

The property is located on Lake Piaseczno in the vicinity of the land tourist attractions, forests and sparse buildings by a forest road paved with asphalt.

The starting price of the real estate is **PLN 4,668,000.00** (in words: four million six hundred sixty eight thousand **PLN** 00/100).

The list is made public by posting it on the notice board of the Commune Office, and information about the publication of this list is made available to the press, ie Dziennik Wschodni. Moreover, the announcement was published on the website of the Commune Office.

Persons who have priority in the acquisition of real estate pursuant to art. 34 sec. Ł points 1 and point 2 of the aforementioned Act, they may submit an application for acquisition within a period not longer than two months from the date of displaying the list, simultaneously submitting

a declaration of acceptance of the price specified by the expert appraiser.

Ludwin, day 13.08.2020

# ORIGINAL

## Wykaz nieruchomości przeznaczonej do sprzedaży

Na podstawie art. 35 ust. 1 i 2 ustawy z dnia 21 sierpnia 1997r. o gospodarce nieruchomościami (Dz. U. z 2020 r. poz. 65 z późn. zm.) – **Wójt Gminy Ludwin** podaje do publicznej wiadomości wykaz nieruchomości przeznaczonej do sprzedaży obejmującą:

1. działkę oznaczoną w ewidencji gruntów wsi **Rozpłucie Pierwsze** nr **90/2** o pow. **8,83** ha dla której prowadzona jest Księga Wieczysta w Sądzie Rejonowym Lublin Wschód w Lublinie z siedzibą w Świdniku V Wydział Ksiąg Wieczystych nr LU1I/00135980/6,
2. działkę oznaczoną w ewidencji gruntów wsi **Rozpłucie Pierwsze** nr **94/2** o pow. **0,0454** ha dla której prowadzona jest Księga Wieczysta w Sądzie Rejonowym Lublin Wschód w Lublinie z siedzibą w Świdniku V Wydział Ksiąg Wieczystych nr LU1I/00141599/3

zabudowaną Ośrodkiem Wypoczynkowym w skład, którego wchodzą następujące budynki:
1) budynek pensjonatu,
2) budynek restauracyjny,
3) budynek "FAST FOOD",
4) budynek recepcji,
5) 38 domków letniskowych,
6) 2 budynki sanitarne,
7) budynek hali magazynowej stanowiące nakłady dzierżawcy.

Przedmiotowa nieruchomość stanowi przedmiot dzierżawy na podstawie umowy zawartej do dnia 31 grudnia 2032 roku.

Zgodnie z Miejscowym Planem Zagospodarowania Przestrzennego Jeziora Piaseczno przedmiotowa nieruchomość położona jest w terenie oznaczonym symbolem 61 UT – w podstrefie funkcjonalnej o symbolu A III na terenie usług turystyki z utrzymaniem w/w przeznaczenia o charakterze ogólnodostępnego ośrodka wypoczynkowego.

Nieruchomość zlokalizowana jest nad Jeziorem Piaseczno w sąsiedztwie terenów turystycznych, lasów oraz nielicznej zabudowy przy drodze leśnej utwardzonej asfaltem.

Cena wywoławcza nieruchomości wynosi **4 668 000,00 zł** (słownie: cztery miliony sześćset sześćdziesiąt osiem tysięcy 00/100).

Wykaz podaje się do publicznej wiadomości wywieszając go na tablicy ogłoszeń Urzędu Gminy, a informację o wywieszeniu tego wykazu podaje się do prasy tj. Dziennik Wschodni. Ponadto ogłoszenie opublikowano na stronach internetowych Urzędu Gminy.

Osoby, którym przysługuje pierwszeństwo w nabyciu nieruchomości na podstawie art. 34 ust. 1 pkt. 1 i pkt. 2 w/w ustawy mogą składać wniosek o nabycie w terminie nie dłuższym niż dwa miesiące, licząc termin od dnia wywieszenia wykazu, jednocześnie składając oświadczenie o akceptacji ceny określonej przez biegłego rzeczoznawcę.-

Ludwin, dnia 13.08.2020 r.